UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In Re:                                              :
                                                    :
SIMON ZAROUR,                                       :
                Debtor,                         :
                                                    :
--------------------------------------------------------------x
SIMON ZAROUR,                                       :    **ORDER**
                                                    :
                Appellant,                      :    22 CV 5058 (VB)
v.                                                  :
                                                    :
JP MORGAN CHASE BANK,                               :
                                                    :
                Appellee.                       :
--------------------------------------------------------------x

The Court conducted an initial conference today, at which appellant, proceeding pro se, and counsel for appellee appeared. The parties discussed, among other matters, the briefing schedule for the appeal.

Accordingly, it is hereby ORDERED:

1. Appellant's brief is due October 5, 2022.

2. Appellee's brief is due November 4, 2022.

3. Appellant's reply, if any, is due November 28, 2022.

Chambers will mail a copy of this Order to appellant at the address on the docket.

Dated: July 18, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge