UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In Re:

SIMON ZAROUR,
                Debtor,

--------------------------------------------------------------x

SIMON ZAROUR,
                Appellant,
v.

JP MORGAN CHASE BANK,
                Appellee.
--------------------------------------------------------------x

**ORDER**

22 CV 5058 (VB)

On July 18, 2022, appellant, who is proceeding pro se, filed a motion for permission for electronic case filing. However, appellant failed to indicate that he completed the Court's CM/ECF introduction course, which entails reviewing the ECF online learning and ECF Training Documents, and can be found at https://www.nysd.uscourts.gov/programs/ecf-training. Accordingly, appellant's motion is DENIED WITHOUT PREJUDICE to refiling the form with the date on which appellant completed the CM/ECF introduction course.

Chambers will mail a copy of this Order to appellant at the address on the docket and email a copy to appellant at his email address listed on the motion.

Dated: July 20, 2022
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge