UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:

SIMON ZAROUR,

                Debtor.
-----------------------------------------------------------X
SIMON ZAROUR,

                Appellant,                22 **CIVIL** 5058 (VB)

   -against-                               **<u>JUDGMENT</u>**

JPMORGAN CHASE BANK, N.A.,

                Appellee.
-----------------------------------------------------------X

      It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 13, 2023, the Bankruptcy Court's Dismissal Order is AFFIRMED and the appeal is dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962); accordingly, the case is closed.

**Dated:** New York, New York
        March 14, 2023

                                                                   **RUBY J. KRAJICK**

                                                                     **Clerk of Court**
                                        **BY:**   *K. Mango*
                                                                         **Deputy Clerk**